# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| Date: 11/6/17 | Time: 2:12pm-2:33pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 17-cv-03957-YGR | Case Name: Bennett v. GMR Marketing LLC | |

**Attorney for Plaintiff:** Robert Ottinger
**Attorney for Defendant:** Aaron Lubeley

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Sarah Goekler

### PROCEEDINGS

INITIAL CMC- HELD

**Case Management Conference set 3/12/18  at 2:00pm**
 **REFERRED to a Magistrate Judge for  Mandatory Settlement Conference to be completed by 2/5/18**
**Join Parties or Amend Pleadings: 11/30/17**
**Non-Expert Discovery Cutoff:  3/2/18**
**Disclosure of Experts:     Opening:  4/16/18**
**                                        Rebuttal:  4/30/18**
**Expert Discovery Cutoff:  5/14/18**
**Dispositive/Daubert Motions heard by  5/8/18   ; filed by 4/3/18**
**Compliance Hearing set Friday 7/27/18 at 9:01am**
**Joint Pretrial Statement:  8/3/18**
**Pretrial Conference Friday, 8/17/18 at 9:00am**
**Jury Trial set  9/4/18 at 8:30am**

**cc: MagRef Email**