UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMP BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>GMR MARKETING LLC,<br><br>Defendant. | Case No.  17-cv-03957-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 12, 2018 at 2:00 p.m. |
| REFERRED TO A MAGISTRATE JUDGE FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | February 5, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | November 30, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | March 2, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: April 16, 2018<br>Rebuttal: April 30, 2018 |
| EXPERT DISCOVERY CUTOFF: | May 14, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | May 8, 2018    [filed by 4/3/18] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 27, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 3, 2018 |
| PRETRIAL CONFERENCE: | Friday, August 17, 2018 at 9:00 a.m. |
| TRIAL DATE: | Tuesday, September 4, 2018 at 8:30 a.m.<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1    Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall

2    meet and confer in advance of the Pretrial Conference.  The compliance hearing on Friday, July

3    27, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial

4    Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the

5    Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business

6    days prior to the date of the compliance hearing, the parties shall file a one-page JOINT

7    STATEMENT confirming they have complied with this requirement or explaining their failure to

8    comply.  If compliance is complete, the parties need not appear and the compliance hearing will be

9    taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint

10   statement in a timely fashion.  Failure to do so may result in sanctions.

11   The parties must comply with both the Court's Standing Order in Civil Cases and Standing

12   Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

13   Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14   **IT IS SO ORDERED.**

15   Dated: November 8, 2017

16   _____
     YVONNE GONZALEZ ROGERS

17   United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2