Robert W. Ottinger (SBN 156825)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94105
robert@ottingerlaw.com
Tel: 415-262-0096
Fax: 212-571-0505

Attorneys for Plaintiff, Kemp Bennett

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071-1406
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Eric G. Ruehe (SBN 284568)
eruehe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
GMR MARKETING, LLC

GRANTED

Judge Yvonne Gonzalez Rogers

3/12/18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEMP BENNETT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GMR MARKETING LLC, [a Wisconsin Corporation],<br><br>Defendant | Case Number: 4:17-cv-03957-YGR<br><br>**RULE 41(a)(1)(A)(ii) STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: July 13, 2017 |

1

Plaintiff KEMP BENNETT and Defendant GMR MARKETING LLC, by their attorneys pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate as follows: Plaintiff voluntarily dismisses this action in its entirety with prejudice as to all claims, causes of action, and parties, with each party to bear its own fees and costs.

**IT IS SO STIPULATED**.

DATED: March 9, 2018

Respectfully submitted,

THE OTTINGER FIRM, P.C.

By: /s/ Robert W. Ottinger
Robert W. Ottinger

Attorney for Plaintiff
KEMP BENNETT

DATED: March 9, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Eric G. Ruehe
Aaron R. Lubeley
Eric G. Ruehe

Attorney for Defendant
GMR MARKETING LLC.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Eric G. Ruehe, attest that concurrence in the filing of this Rule 41(a)(1(A)(ii) Stipulated Dismissal of Entire Action With Prejudice has been obtained from the signatory Robert W. Ottinger, counsel for Plaintiff.

DATED: March 9, 2018                    SEYFARTH SHAW LLP

By: /s/ Eric G. Ruehe
Eric G. Ruehe
Attorney for Defendant
GMR MARKETING LLC